IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF VIRGINIA
        ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
JUL 24 2009
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| IN RE:<br>KENNETH EDWARD BARBOUR | Civil Action No. 7:09-cv-00284<br>Civil Action No. 7:09-cv-00285<br>Civil Action No. 7:09-cv-00286<br>Civil Action No. 7:09-cv-00287<br>Civil Action No. 7:09-cv-00293<br>Civil Action No. 7:09-cv-00296<br><br>By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaints in the above-referenced civil actions are **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 24th day of July, 2009.

/s/ James C. Turk
Senior United States District Judge